UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| United States ex rel. <br> GLENDA MARTIN, | ) <br> ) <br> ) | Civil Action No. 1:08-CV-251 |
| Plaintiff-Relator, | ) <br> ) | |
| v. | ) <br> ) | |
| LIFE CARE CENTERS OF <br> AMERICA, INC., | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |

## RELATOR'S INITIAL DISCLOSURES

Plaintiff-Relator Glenda Martin ("Relator") hereby adopts in full the Initial Disclosures filed by the United States.

This 17th day of May, 2013.

        Respectfully submitted,

        /s/ G. Mark Simpson
        G. Mark Simpson
        Georgia Bar No. 647725
        Simpson Law Firm, LLC
        110 Habersham Drive, Suite 108
        Fayetteville, GA 30214
        (770) 371-5008
        (678) 302-8721 (fax)
        mark@marksimpsonlaw.com

        Michael A. Sullivan
        Georgia Bar No. 691431
        Finch McCranie, LLP
        225 Peachtree St., Suite 1700
        Atlanta, Georgia 30303
        (404) 658-9070
        (404) 688-0649 (fax)
        msullivan@finchmccranie.com
        Attorneys for Relator

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that, on May 17, 2013, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          /s/ G. Mark Simpson