UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> GLENDA MARTIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIFE CARE CENTERS OF AMERICA, INC. ) <br> ) <br> Defendant. ) <br> ) | Civ. Action No. 1:08-CV-251 <br> MATTICE/CARTER |
| UNITED STATES OF AMERICA, *ex rel.* ) <br> TAMMIE TAYLOR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIFE CARE CENTERS OF AMERICA, INC., ) <br> ) <br> Defendant. ) <br> ) | Civ. Action No. 1:12-CV-64 <br> MATTICE/CARTER |

## UNITED STATES' MOTION TO PARTIALLY EXCLUDE TESTIMONY OF STEFAN BOEDEKER

The United States moves pursuant to Rule 702 of the Federal Rules of Evidence to partially exclude testimony of Stefan Boedeker. In support of this Motion, the United States refers the Court to the accompanying Memorandum of Law in Support of Its Motion to Partially Exclude Testimony of Stefan Boedeker, which is hereby incorporated by reference.

Dated: February 18, 2014         Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

*s/Andy J. Mao by Elizabeth S. Tonkin w/permission*
MICHAEL D. GRANSTON
ANDY J. MAO, PA Bar No. 82986
AMY L. EASTON, DC Bar No. 463710
SHAUN M. PETTIGREW, CA Bar No. 254564
MELISSA HANDRIGAN, D.C. Bar No. 471019
JONATHAN GOLD, Maryland Bar Member
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
(202) 616-2959
Shaun.M.Pettigrew@usdoj.gov


WILLIAM C. KILLIAN
United States Attorney


*s/Elizabeth S. Tonkin*
ELIZABETH R. TONKIN, TN BPR #010305
ROBERT C. McCONKEY III, TN BPR #018118
Assistant United States Attorneys
United States Attorney's Office
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 225-1654
Betsy.Tonkin@usdoj.gov
Robert.McConkey@usdoj.gov

Jennifer Aldrich
Special Assistant United States Attorney
District of South Carolina
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 343-3176
Jennifer.Aldrich@usdoj.gov

Jessica E. Elliiott
Special Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
(305) 961-9335
Jessica.Elliott@usdoj.gov

Giselle J. Joffre
Special Assistant United States Attorney
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3136
Giselle.Joffre@usdoj.gov

Mark Lavine
Special Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9303
Mark.Lavine@usdoj.gov

Susan Torres
Special Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9331
Susan.Torres@usdoj.gov

Edwin G. Winstead
Special Assistant United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
(303) 454-0102
Edwin.Winstead@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on February 18, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

       *s/Elizabeth S. Tonkin*
       Elizabeth S. Tonkin
       Assistant United States Attorney